```
THOMAS P. O'BRIEN
United States Attorney                                JS-6
LEON W. WEIDMAN                                       Entered
Assistant United States Attorney
Chief, Civil Division
MARCUS M. KERNER
California State Bar No. 107014
Assistant United States Attorney
    411 West Fourth Street, Suite 8000
    Santa Ana, CA 92701
    Telephone: (714) 338-3532
    Facsimile: (714) 338-3523
    E-mail   : marcus.kerner@usdoj.gov
Attorneys for Defendant,
Michael J. Astrue, Commissioner of
Social Security
```

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
FEB - 4 2009
CENTRAL DISTRICT OF CALIFORNIA
BY                     DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JULIANNE VO,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>    Defendant. | No. SACV 08-621-RNB<br><br>JUDGMENT OF REMAND |

The Court having received and approved Stipulation to Voluntary Remand pursuant to Sentence 4 of 42 U.S.C. § 405(g),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment shall be entered remanding this action to the Commissioner of Social Security for further action consistent with the Stipulation for Voluntary Remand pursuant to Sentence Four of 42 U.S.C. § 405(g) lodged concurrent with the lodging of the within Judgment.

DATED: February 3, 2009

_____
ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE

1 | Presented by:
2 | THOMAS. P. O'BRIEN
United States Attorney
3 | LEON W. WEIDMAN
Assistant United States Attorney
4 | Chief, Civil Division

5 |     /s/ Marcus M. Kerner

6 | MARCUS M. KERNER
Assistant United States Attorney

Attorneys for Defendant