Steven G. Rosales
Attorney at Law: 22224
Law Offices of Lawrence D. Rohlfing12631 East Imperial Highway, Suite C-115Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing_office@speakeasy.net

Attorneys for Plaintiff
Ms. Julianne Y Vo

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIANNE Y VO, | Case No.:   SACV 08-621 RNB |
| Plaintiff, | [PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to Steven G. Rosales, as Plaintiff's assignee and subject to the reservation of rights, the amount of $1,000.00, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATE: May 4, 2009

_____
THE HONORABLE ROBERT N. BLOCK,
UNITED STATES DISTRICT COURT
UNITED STATES MAGISTRATE JUDGE

-1-

1 | Respectfully submitted,

2 | LAW OFFICES OF LAWRENCE D. ROHLFING

3 | /s/ Steven G. Rosales
_____
4 | Steven G. Rosales
Attorney for plaintiff Ms. Julianne Y Vo

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26